NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROY W. THOMAS, DOC #C07487,           )
                                      )
          Appellant,                  )
                                      )
v.                                    )        Case No. 2D18-3477
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed May 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Hillsborough County; Michelle D. Sisco.

Dane K. Chase, Chase Law Florida, P.A.,
Of Saint Petersburg for Appellant.

Ashley Moody, Attorney General ,
Tallahassee and C. Todd Chapman,
Assistant Attorney General Tampa,
for Appellee.

PER CURIAM.


          Affirmed.


NORTHCUTT, SILBERMAN, and LUCAS, JJ., Concur.